UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROBERT NELSON,

                        **Petitioner,**

    - v -                                                      9:19-CV-0870
                                                                         (TJM/DJS)

**EARL BELL, Superintendent,**
**Clinton Correctional Facility,**

                        **Respondent.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION and ORDER

      This petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and N.D.N.Y.72.3(c).

      No objections to the Report-Recommendation and Order dated September 21, 2020 have been filed, and the time to do so has expired.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

      Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report-Recommendation and Order (Dkt. No. 19) for the reasons stated therein.  It is therefore

      **ORDERED** that Petitioner's writ of habeas corpus (Dkt. No. 1) is **DENIED** and **DISMISSED**, and it is further

1

**ORDERED** that no Certificate of Appealability ("COA") shall issue because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: August 30, 2021

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge